**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Levine Justice ARCHER, a.k.a. Jamaican Joe, Defendant– Appellant.**

**No. 09–10015 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 27, 2009.

Levine Justice Archer, Coleman, FL, pro se.

Michelle Thresher Taylor, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, PRYOR and COX, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Levine Justice Archer, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the denial of

Archer's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED.**